NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                    )
                                     )
                Appellant,           )
                                     )
v.                                   )          Case No. 2D17-5151
                                     )
D.M.J.,                              )
                                     )
                Appellee.            )
_____  )

Opinion filed August 29, 2018.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellant.

Howard L. Dimmig, II, Public Defender, and
Stephania A. Gournaris, Assistant Public
Defender, Bartow, for Appellee.


PER CURIAM.


                Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.